1 THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
2 **PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
3 Las Vegas, Nevada 89128
Telephone:     (702) 868-8000
4 Facsimile:     (702) 868-8001
Email: tparker@pnalaw.net;

*Attorneys for Defendant,*
*Zurich American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL and MANDALAY BAY, LLC, and MANDALAY RESORTS GROUP, and MGM RESORTS FESTIVAL GROUNDS, LLC and MGM RESORTS VENUE MANAGEMENT, LLC, <br><br> Plaintiffs, <br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 2:19-cv-01051 <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER** |

IT IS HEREBY STIPULATED between Plaintiffs, MGM RESORTS INTERNATIONAL, MANDALAY BAY, LLC, MANDALAY RESORTS GROUP, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel of record, Lawrence J. Semenza III, Esq. of Semenza Kircher Rickard, and Defendant, ZURICH AMERICAN INSURANCE COMPANY (hereinafter "Defendant"), by and through its counsel of record, Theodore Parker, III, of Parker, Nelson & Associates, Chtd., that Defendant shall file an answer, or otherwise respond to Plaintiffs' Complaint on or before September 30, 2019.

1  Dated this 6th, day of September, 2019.    Dated this 6th, day of September, 2019.

2  **SEMENZA KIRCHER RICKARD**    **PARKER, NELSON & ASSOCIATES, CHTD.**

4   /s/Jerrod L. Rickard, Esq.    /s/Theodore Parker, III, Esq.
LAWRENCE J. SEMENZA, III, ESQ.    THEODORE PARKER, III, ESQ.
Nevada Bar No.: 7174    Nevada Bar No. 4716
JERROD L. RICKARD, ESQ.    2460 Professional Court, Suite 200
Nevada Bar No.: 10203    Las Vegas, Nevada 89128
10161 Park Run Drive, Suite 150    Telephone: (702) 868-8000
Las Vegas, Nevada 89145    Facsimile:   (702) 868-8001
Telephone: (702) 835-6803    Email: tparker@pnalaw.net;
Facsimile:  (702) 920-8669    *Attorneys for Defendant,*
Email: jlr@skrlawyers.com;    *Zurich American Insurance Company*
jlr@skrlawyers.com
*Attorneys for Plaintiffs,*
*MGM Resorts International, Mandalay Bay LLC, Mandalay Resorts Group, MGM Resorts Festival Grounds, LLC and MGM Resorts Venue Management, LLC*

## ORDER

Defendants shall have until September 30, 2019 to file an answer or responsive pleading.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____