THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@pnalaw.net;

*Attorneys for Defendant,*
*Zurich American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL and MANDALAY BAY, LLC, and MANDALAY RESORTS GROUP, and MGM RESORTS FESTIVAL GROUNDS, LLC and MGM RESORTS VENUE MANAGEMENT, LLC,<br><br>Plaintiffs,<br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-01051-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER (SECOND REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiffs, MGM RESORTS INTERNATIONAL, MANDALAY BAY, LLC, MANDALAY RESORTS GROUP, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel of record, Lawrence J. Semenza III, Esq. of Semenza Kircher Rickard, and Defendant, ZURICH AMERICAN INSURANCE COMPANY (hereinafter "Defendant"), by and through its counsel of record, Theodore Parker, III, of Parker, Nelson & Associates, Chtd., that Defendant shall file an answer, or otherwise respond to Plaintiffs' Complaint on or before September 30, 2019.

This is the second request made for an extension of time to file a responsive pleading. The first request was denied, without prejudice, for failure to provide the reason an extension was requested (Doc No. 13). The parties are seeking an extension as they are engaged in settlement discussions which may alleviate the need to file a responsive pleading.

Dated this 18th, day of September, 2019.

**SEMENZA KIRCHER RICKARD**

 /s/Jerrod L. Rickard, Esq.
LAWRENCE J. SEMENZA, III, ESQ.
Nevada Bar No.: 7174
JERROD L. RICKARD, ESQ.
Nevada Bar No.: 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
Email: jlr@skrlawyers.com;
jlr@skrlawyers.com
*Attorneys for Plaintiffs,*
*MGM Resorts International, Mandalay Bay LLC, Mandalay Resorts Group, MGM Resorts Festival Grounds, LLC and MGM Resorts Venue Management, LLC*

Dated this 18th, day of September, 2019.

**PARKER, NELSON & ASSOCIATES, CHTD.**

 /s/Theodore Parker, III, Esq.
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@pnalaw.net;
*Attorneys for Defendant,*
*Zurich American Insurance Company*

## ORDER

Defendants shall have until September 30, 2019 to file an answer or responsive pleading.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2019