1  THEODORE PARKER, III, ESQ.
   Nevada Bar No. 4716
2  **PARKER, NELSON & ASSOCIATES, CHTD.**
   2460 Professional Court, Suite 200
3  Las Vegas, Nevada 89128
   Telephone:    (702) 868-8000
4  Facsimile:    (702) 868-8001
   Email: tparker@pnalaw.net;
5
   *Attorneys for Defendant,*
6  *Zurich American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL and MANDALAY BAY, LLC, and MANDALAY RESORTS GROUP, and MGM RESORTS FESTIVAL GROUNDS, LLC and MGM RESORTS VENUE MANAGEMENT, LLC,<br><br>Plaintiffs,<br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-01051-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER (THIRD REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiffs, MGM RESORTS INTERNATIONAL, MANDALAY BAY, LLC, MANDALAY RESORTS GROUP, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel of record, Lawrence J. Semenza III, Esq. of Semenza Kircher Rickard, and Defendant, ZURICH AMERICAN INSURANCE COMPANY (hereinafter "Defendant"), by and through its counsel of record, Theodore Parker, III, of Parker, Nelson & Associates, Chtd., that Defendant shall file an answer, or otherwise respond to Plaintiffs' Complaint on or before October 31, 2019.

This is the third request made for an extension of time to file a responsive pleading. The first request was denied, without prejudice, for failure to provide the reason an extension was requested (Doc No. 13). The second request was granted (Doc No. 17). The parties are seeking an extension

as they are engaged in settlement discussions which may alleviate the need to file a responsive pleading. The settlement discussions are taking longer than anticipated to complete.

| | |
|---|---|
| Dated this 25th, day of September, 2019. | Dated this 25th, day of September, 2019. |
| **SEMENZA KIRCHER RICKARD** | **PARKER, NELSON & ASSOCIATES, CHTD.** |
| /s/Jerrod L. Rickard, Esq. | /s/Theodore Parker, III, Esq. |
| LAWRENCE J. SEMENZA, III, ESQ.<br>Nevada Bar No.: 7174<br>JERROD L. RICKARD, ESQ.<br>Nevada Bar No.: 10203<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 835-6803<br>Facsimile: (702) 920-8669<br>Email: jlr@skrlawyers.com;<br>jlr@skrlawyers.com<br>*Attorneys for Plaintiffs,*<br>*MGM Resorts International, Mandalay Bay LLC, Mandalay Resorts Group, MGM Resorts Festival Grounds, LLC and MGM Resorts Venue Management, LLC* | THEODORE PARKER, III, ESQ.<br>Nevada Bar No. 4716<br>2460 Professional Court, Suite 200<br>Las Vegas, Nevada 89128<br>Telephone: (702) 868-8000<br>Facsimile: (702) 868-8001<br>Email: tparker@pnalaw.net;<br>*Attorneys for Defendant,*<br>*Zurich American Insurance Company* |

## ORDER

Defendants shall have until October 31, 2019 to file an answer or responsive pleading.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 26, 2019