# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al.,<br>    Plaintiff(s),<br>v.<br>ZURICH AMERICAN INSURANCE COMPANY,<br>    Defendant(s). | Case No.: 2:19-cv-01051-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 22] |

Pending before the Court is a joint motion for a status conference. Docket No. 22. The parties represent that they are now in the process of finalizing a settlement. *Id.* The Court **DENIES** the request for a status conference and instead *sua sponte* **EXTENDS** the deadline to respond to the complaint to December 16, 2019.

IT IS SO ORDERED.

Dated: November 18, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge

1