THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@pnalaw.net;

*Attorneys for Defendant,*
*Zurich American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL and MANDALAY BAY, LLC, and MANDALAY RESORTS GROUP, and MGM RESORTS FESTIVAL GROUNDS, LLC and MGM RESORTS VENUE MANAGEMENT, LLC,<br><br>Plaintiffs,<br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-01051-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

COMES NOW, Plaintiffs, MGM RESORTS INTERNATIONAL, MANDALAY BAY, LLC, MANDALAY RESORTS GROUP, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel of record, Jarrod Rickard, Esq. and Lawrence J. Semenza III, Esq. of Semenza Kircher Rickard, and Defendant, ZURICH AMERICAN INSURANCE COMPANY (hereinafter "Defendant"), by and through its counsel of record, Theodore Parker, III, of Parker, Nelson & Associates, Chtd., and hereby STIPULATE TO DISMISSAL of this entire action, as follows:

The parties agree and STIPULATE TO DISMISS all claims, WITHOUT PREJUDICE; and

Each party agrees to bear its own attorney's fees and costs in regards to the instant action.

| | |
|---|---|
| 1 | This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement. |

**IT IS SO STIPULATED.**

Dated this 16th day of December, 2019.          Dated this 16th day of December, 2019.

**SEMENZA KIRCHER RICKARD**                     **PARKER, NELSON & ASSOCIATES, CHTD.**

 /s/Jerrod L. Rickard, Esq.                                      /s/Theodore Parker, III, Esq.
LAWRENCE J. SEMENZA, III, ESQ.                  THEODORE PARKER, III, ESQ.
Nevada Bar No.: 7174                                          Nevada Bar No. 4716
JERROD L. RICKARD, ESQ.                             2460 Professional Court, Suite 200
Nevada Bar No.: 10203                                        Las Vegas, Nevada 89128
10161 Park Run Drive, Suite 150                       Telephone: (702) 868-8000
Las Vegas, Nevada 89145                                  Facsimile:   (702) 868-8001
Telephone: (702) 835-6803                                Email: tparker@pnalaw.net;
Facsimile:  (702) 920-8669                                *Attorneys for Defendant,*
Email: jlr@skrlawyers.com;                               *Zurich American Insurance Company*
jlr@skrlawyers.com
*Attorneys for Plaintiffs,*
*MGM Resorts International, Mandalay Bay LLC, Mandalay Resorts Group, MGM Resorts Festival Grounds, LLC and MGM Resorts Venue Management, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: December 20, 2019

Respectfully Submitted By:
**PARKER, NELSON & ASSOCIATES, CHTD.**

 /s/Theodore Parker, III, Esq.
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant,*